1  Jodi K. Swick No. 228634
   jodi.swick@mhllp.com
2  Charan M. Higbee No. 148293
   charan.higbee@mhllp.com
3  **McDOWELL HETHERINGTON LLP**
   1 Kaiser Plaza, Suite 340
4  Oakland, CA 94612
   Telephone: 510.628.2145
5  Facsimile: 510.628.2146

6  Alec S. DiMario No. 309811
   alec.dimario@mhllp.com
7  **McDOWELL HETHERINGTON LLP**
   1055 E. Colorado Blvd., Suite 500
8  Pasadena, CA 91106
   Telephone: 213.631.4059
9  Facsimile: 510.628.2146

Attorneys for Defendant
THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ALEXIS MESHI,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, a member of AMERICAN INTERNATIONAL GROUP, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 8:18-cv-00172-JVS-JDE<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>**[F.R.C.P. 41]**<br><br>Complaint Filed: January 31, 2018 |

The Court, upon consideration of the Stipulation to Dismiss Entire Action with Prejudice, dated March 1, 2019, and good cause appearing therefore, now orders as follows:

This action hereby is dismissed with prejudice in its entirety and as to all parties, with all parties to bear their own attorney's fees, costs and expenses.

**IT IS SO ORDERED.**

Dated: March 04, 2019

_____
HON. JAMES V. SELNA